UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

                                                          Case No. 17-22595-LMI
                                                          Chapter  13

Lai Pinel

        Debtor
_____/

## MOTION TO REINSTATE CASE

COMES NOW, the Debtor by and through the undersigned counsel and moves this Honorable Court to *Reinstate the instant case*, and as grounds therefore state(s):

1. On October 17, 2017, the Debtor filed a Chapter 13 Petition.

2. On May 15, 2018, the Chapter 13 case was dismissed.

3. The case was dismissed upon denial of Confirmation of Plan due to the Chapter 13 Trustee's Notice of Deficiency for Confirmation. The Deficiency has been satisfied.

4. Debtor is current under the latest filed plan.

WHEREFORE, for the above stated reasons, Debtor respectfully requests this Honorable Court to Reinstate the Chapter 13 Case.

I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE  9013-1(E)

Counsel for Debtor certifies that he is holding sufficient funds required to be paid under the plan and said funds are in the attorney's trust accent or being held in the form of a cashier's check.

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I CERTIFY that a true and correct copy of the foregoing has been provided by ECF to all registered users of CM/ECF and/or U.S. Mail to all creditors on the below service list on this 5th day of June, 2018.

                                                 James Alan Poe, P.A.
                                                 Attorney for Debtor
                                                 9500 S. Dadeland Blvd., Suite 610
                                                 Miami, FL 33156
                                                 (305)670-3950
                                                 By:       /S/_____
                                                        James A. Poe, Esq.    F.B.N. 107956

Service List

Synchrony Bank |PRA Receivables Management, LLC|c/o Valerie Smith|PO Box 41021|Norfolk, VA 23541-1021||
BSI FINANCIAL SERVICES, AS SERVICING AGENT F|c/o Chase A Berger, Esq|3050 Biscayne Blvd # 402|Miami, FL 33137-4143|||
Eagle Cove Homeowners' Association, Inc|c/o Jurado Law Group, P.A.|6401 NW 74 Ave|Miami, Fl 33166-3634|||Miami| |||||undeliverable
Afni, Inc. |Attention: Bankruptcy|1310 Martin Luther King Dr|Bloomington, IL 61701-1465| ||
Aurora Loan Services |Attn: Bankruptcy Dept.|2617 College Park|Scottsbluff, NE 69361-2294| ||
BMW FINANCIAL SERVICES|CUSTOMER SERVICE CENTER|PO BOX 3608|DUBLIN OH 43016-0306|||preferred
BSI Financial Services |314 S. Franklin Street, 2nd Floor|Titusville, PA 16354-2168| |||
BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
Bankamerica/BSI |Po Box 15168|Wilmington, DE 19850| |||
BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred duplicate
BMW FINANCIAL SERVICES|CUSTOMER SERVICE CENTER|PO BOX 3608|DUBLIN OH 43016-0306|||preferred duplicate
Calvary Portfolio Services |Attention:  Bankruptcy Department|500 Summit Lake Dr. Suite 400|Valhalla, NY 10595-1340| ||
Cap One Na |Po Box 26625|Richmond, VA 23261-6625| |||
Capital 1 Bank |Attn: Bankruptcy Dept.|Po Box 30285|Salt Lake City, UT 84130-0285| ||
Capital One, N.a. |Capital One Bank (USA) N.A.|Po Box 30285|Salt Lake City, UT 84130-0285| ||
Carlos A. Triay, Esq. |POB 227010|Miami, FL 33222-7010| |||
Chase/cc |Po Box 15298|Wilmington, DE 19850-5298| |||
CITIBANK|PO BOX 790034|ST LOUIS MO 63179-0034||||preferred
Citizens Bank |Attn: Bankruptcy Dept|443 Jefferson Blvd Ms Rjw-135|Warwick, RI 02886-1321| ||
Ditech.com/GMAC Mortgage |Attn: Bankruptcy|1100 Virginia Dr|Fort Washington, PA 19034-3277| ||
Diversified Consultant |10550 Deerwood Park Blvd|Jacksonville, FL 32256-0596| |||
Eagle Cove Homeowners Assoc. |14275 SW 142 Ave|Miami, FL 33186-6715| |||
Eagle Cove Homeowners' Association, Inc|c/o Jurado Law Group, P.A.|6401 NW 74 Ave|Miami, FL 33166-3634| ||duplicate
Florida Foreclosure Attorneys, PLLC |1230 S. Myrtle Ave., Ste. 105|Clearwater, FL 33756-3445| |||
Gmac Mortgage |Po Box 4622|Waterloo, IA 50704-4622| |||
IRS |Special Procedures|POB 7346|Philadelphia, PA 19101-7346| ||
IndyMac Bank/OneWest Bank |Attn:Bankruptcy Department|2900 Esperanza Crossing|Austin, TX 78758-3658| ||
NATIONSTAR MORTGAGE LLC|PO BOX 619096|DALLAS TX 75261-9096||||preferred
Nationstar Mortgage, LLC |c/o Florida Foreclosure Attorneys, PLLC|4855 Technology Way|Suite 500|Boca Raton, FL 33431-3352| |
Navient Solutions, LLC on behalf of |United Student Aid Funds, Inc.|Attn: Bankruptcy Litigation Unit E3149|PO Box 9430|Wilkes Barre, PA 18773-9430| |
Office of the US Trustee |51 S.W. 1st Ave.|Suite 1204|Miami, FL 33130-1614|||
Porsche Financial Srvc |4343 Commerce Ct #300|Lisle, IL 60532-3616| |||
Providian/Chase |Attn: Bankruptcy|Po Box 15298|Wilmington, DE 19850-5298| ||
Receivables Performanc |20816 44th Ave W|Lynnwood, WA 98036-7744| |||
Sallie Mae |Attn: Claims Department|Po Box 9500|Wilkes-Barre, PA 18773-9500| ||
Synchrony Bank |Attn: Bankruptcy Dept.|P.O. Box 985060|Orlando, FL 32896-5060| ||
US BANK|PO BOX 5229|CINCINNATI OH 45201-5229||||preferred
Wells Fargo Bank Nv Na |Attn: Deposits Bankruptcy MAC# P610|Po Box 3908|Portland, OR 97208-3908| ||
WELLS FARGO BANK NA|WELLS FARGO HOME MORTGAGE AMERICAS SERVICING|ATTN BANKRUPTCY DEPT MAC X7801-014|3476 STATEVIEW BLVD|FORT MILL SC 29715-7203||preferred
James A Poe |9500 S. Dadeland Blvd #610|Miami, FL 33156-2848||||
Lai Pinel |10964 N.W. 43rd Terrace|Miami, FL 33178-1813||||
Nancy K. Neidich |www.ch13miami.com|POB 279806|Miramar, FL 33027-9806|||